Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants, CITY OF BAKERSFIELD, CHIEF WILLIAM RECTOR, FORMER CHIEF STEVEN BRUMMER, FORMER CHIEF ERIC MATLOCK, OFFICER R. ROBISON, OFFICER EASTMAN, OFFICER PFLUGH, and OFFICER RICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEVEN WOOD, individually and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendants. | Case Number 1:08-CV-00347-OWW-DLB<br><br>**STIPULATED DISMISSAL OF DEFENDANTS FORMER CHIEF STEVEN BRUMMER AND FORMER CHIEF ERIC MATLOCK,** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the complaint in the above-entitled action be dismissed with prejudice as to FORMER CHIEF STEVEN BRUMMER and FORMER CHIEF ERIC MATLOCK in the interest of justice.

**IT IS FURTHER STIPULATED** that plaintiff is abandoning his attempt to certify this action as a class action. The action is to proceed with plaintiff Mark Steven Wood as the only plaintiff.

Dated: July 15, 2008                           MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO


                                               By:  /s/ Michael E. Lehman
                                                    Michael E. Lehman,
                                                    Attorney for Defendants above-named

DATED: LAW OFFICES OF BRUCE NICKERSON

By: /s/ Bruce W. Nickerson
Bruce W. Nickerson
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that:

1. The complaint above-entitled action be dismissed with prejudice as to FORMER CHIEF STEVEN BRUMMER and FORMER CHIEF ERIC MATLOCK in the interest of justice; and,

2. This case will proceed with MARK STEVEN WOOD as the only plaintiff.

IT IS SO ORDERED.

**Dated: July 15, 2008** /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE