Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants, CITY OF BAKERSFIELD, CHIEF WILLIAM RECTOR, OFFICER R. ROBISON, OFFICER EASTMAN, OFFICER PFLUGH, and OFFICER RICE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARK STEVEN WOOD, individually and on behalf of a class of persons similarly situated,

Plaintiff,

v.

CITY OF BAKERSFIELD, CHIEF WILLIAM RECTOR, FORMER CHIEF STEVEN BRUMMER, FORMER CHIEF ERIC MATLOCK, OFFICER R. ROBISON, OFFICER EASTMAN, OFFICER PFLUGH, OFFICER RICE, and DOES 1 through 10, inclusive,

Defendants.

Case Number 1:08-CV-00347-OWW-DLB

**STIPULATION EXTENDING DISCOVERY DEADLINES; ORDER THEREON**

*Trial Date: October 20, 2009*

IT IS HEREBY STIPULATED, by and between counsel for plaintiff and defendants in the above-captioned matter, that the discovery deadlines be extended by 30 days as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Disclosure of Expert Witnesses | 03/20/09 | 04/20/09 |
| Supplemental Disclosure of Expert Witnesses | 04/20/09 | 05/20/09 |
| Discovery Cutoff (including expert witnesses) | 05/29/09 | 06/29/09 |

Dated: March 3, 2009.

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: /s/ Michael E. Lehman
Michael E. Lehman,
Attorney for Defendants above-named.

| | | |
|---|---|---|
| Dated: March 19, 2009. | LAW OFFICES OF BRUCE W. NICKERSON | |
| | By: /s/ Bruce W. Nickerson | |
| | BRUCE W. NICKERSON | |
| | Attorneys for Plaintiff above-named. | |

## ORDER

Pursuant to stipulation of the parties, it is so ordered that the current discovery deadlines are hereby vacated and re-set as follows:

| **Deadline** | **Vacated Date** | **New Date** |
|---|---|---|
| Disclosure of Expert Witnesses | 03/20/09 | 04/20/09 |
| Supplemental Disclosure of Expert Witnesses | 04/20/09 | 05/20/09 |
| Discovery Cutoff (including expert witnesses) | 05/29/09 | 06/29/09 |

IT IS SO ORDERED.

**Dated:　March 19, 2009**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE