| | |
|---|---|
| 1 | Michael G. Marderosian, No. 077296 |
| 2 | Michael E. Lehman, No. 133523<br>MARDEROSIAN, RUNYON, CERCONE, |
| 3 | LEHMAN & ARMO<br>1260 Fulton Mall |
| 4 | Fresno, CA 93721<br>Telephone: (559) 441-7991 |
| 5 | Facsimile: (559) 441-8170 |
| 6 | Attorneys for: Defendants, CITY OF BAKERSFIELD, CHIEF WILLIAM RECTOR, OFFICER R. ROBISON, OFFICER EASTMAN, OFFICER PFLUGH, and OFFICER RICE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEVEN WOOD, individually and on behalf of a class of persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, CHIEF WILLIAM RECTOR, FORMER CHIEF STEVEN BRUMMER, FORMER CHIEF ERIC MATLOCK, OFFICER R. ROBISON, OFFICER EASTMAN, OFFICER PFLUGH, OFFICER RICE, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case Number 1:08-CV-00347-OWW-DLB<br><br>**STIPULATED DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendants, CITY OF BAKERSFIELD, CHIEF WILLIAM RECTOR, OFFICER R. ROBISON, OFFICER EASTMAN, OFFICER PFLUGH, and OFFICER RICE, be dismissed with prejudice in this case, pursuant to the settlement agreement reached in this case..

Dated: April 22, 2009.　　　　　　　　　　　　MARDEROSIAN, RUNYON, CERCONE,
　　　　　　　　　　　　　　　　　　　　　　　　LEHMAN & ARMO


　　　　　　　　　　　　　　　　　　　　By:　/s/ Michael E. Lehman
　　　　　　　　　　　　　　　　　　　　　　Michael E. Lehman,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants above-named

| | | |
|---|---|---|
| 1 | Dated: May 10, 2009. | LAW OFFICES OF BRUCE W. NICKERSON |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Bruce W. Nickerson<br>Bruce W. Nickerson<br>Attorney for Plaintiff, MARK STEVEN WOOD |
| 5 | | |

## **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   May 13, 2009**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE